# Third District Court of Appeal

## State of Florida

Opinion filed March 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1635
Lower Tribunal No. 2022-SC-114-M

_____


**Diane Scott**,
Appellant,

vs.

**Robert Broughton**,
Appellee.


An Appeal from the Circuit Court for Monroe County, James W. Morgan III, Judge.

Diane Scott, in proper person.

No appearance for appellee.


Before LINDSEY, MILLER, and GORDO, JJ.

PER CURIAM.

Diane Scott appeals a final judgment entered after a bench trial in Scott's defamation action. Because Scott has failed to provide a transcript of the bench trial or statement of the evidence or proceedings upon which the final judgment was based, we must affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla.1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); Gaspard v. Innocent, 389 So. 3d 638 (Fla. 3d DCA 2023) (holding that affirmance is required where there is no transcript or proper substitute and no fundamental error on the face of the order appealed).

Affirmed.